In the Matter of CLIFFORD JOHNSTON, Appellant, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Submitted October 5, 1949; decided October 20, 1949.

*Hamilton Lieb* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel M. Cohen, Wendell P. Brown* and *Murray Sylvester* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.